AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Wortley Champagnie, a/k/a Raheem George Foreman | ) | Case No: 1:07-CR-148-03 |
| | ) | USM No: 43593-112 |
| Date of Original Judgment: 06-22-2009 | ) | |
| Date of Previous Amended Judgment: | ) | Gordon G. Hobson, Esq. |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ 132 months _____ **months is reduced to** _____ 107 months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      06-22-2009      shall remain in effect.
**IT IS SO ORDERED.**

Order Date:      February 2, 2015

_____
*Judge's signature*

Effective Date:      November 1, 2015
*(if different from order date)*

Sandra S. Beckwith, Senior U.S. District Judge
*Printed name and title*